UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No.   CV 25-1821 PVC                                       Date: May 16, 2025

Title   Angel Garcia v. Nelia Fernandez

Present: The Honorable Pedro V. Castillo, United States Magistrate Judge

| Marlene Ramirez | None |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
|---|---|
| None | None |

**PROCEEDINGS: [IN CHAMBERS] ORDER TO SHOW CAUSE WHY THIS ACTION SHOULD NOT BE DISMISSED FOR FAILURE TO PROSECUTE AND FOLLOW COURT ORDERS**

On May 5, 2025, the Court entered default as to Melrose Equities LLC. (Dkt. No. 13). Pursuant to the Court's Standing Order Re: Disability Cases, "Plaintiff shall no later than seven calendar days after default is entered by the Clerk file a motion for default judgment against the defaulting defendant(s)." (Dkt. No. 7 § C). To date, Plaintiff has not filed a motion for default judgment.

Accordingly, Plaintiff is ORDERED TO SHOW CAUSE, within **seven days** of the date of this Order, why this action should not be dismissed with prejudice for failure to prosecute and comply with court orders. Fed. R. Civ. P. 41(b). Plaintiff may discharge this Order by filing a motion for default judgment.

IT IS SO ORDERED.

|  | 00:00 |
|---|---|
| **Initials of Preparer** | mr |